UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KEVIN JAMES PITRE** | **CASE NO. 6:21-CV-01326 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **JEFF LANDRY, ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant action be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 7th day of September, 2021.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE